AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Colby Dill

v.

United States

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01557

JUDGE: Henry H. Kennedy

DECK TYPE: Pro se General Civil

DATE STAMP: 09/__/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF __PRO SE__ (name and address)

Colby Dill
61 Dennison Street
Auburn, Maine
04210

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
OCT 2 3 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON
CLERK

DATE: SEP - 1 2006

(By) DEPUTY CLERK

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is _Oct. 12th 06_ _Oct 5th 06_. The cost of the mailing is $ _8.30_

Certified mail # _7005 1160 0005 0011 3363_

to:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001

     I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_[signature]_          _10-20-06_
Signature                 Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
Kenneth L. Weinstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia
20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
OCT 1 2 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1160 0005 0011 3363

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

USPS - Track & Confirm

# UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7005 1160 0005 0011 3363**
Status: **Delivered**

Your item was delivered at 4:25 am on October 11, 2006 in WASHINGTON, DC 20530.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options



Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy