AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Colby Dill

v.

United States

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01557

JUDGE: Henry H. Kennedy

DECK TYPE: Pro se General Civil

DATE STAMP: 09//2006

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF  PRO SE (name and address)

Colby Dill
61 Dennison Street
Auburn, Maine
04210

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
OCT 23 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON
CLERK

SEP - 1 2006
DATE

(By) DEPUTY CLERK

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is Oct. 5th 06 Oct. 12th 06. The cost of the mailing is $ 8.30

Certified mail # 7005 1160 0005 0011 3356 ,

to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_____      10-20-06_____
Signature                                              Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   Alberto Gonzales
   United States Attorney General
   950 Pennsylvania Avenue
   Washington, District of Columbia
   20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): OCT 05 2005
C. Date of Delivery:

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0005 0011 3356

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7005 1160 0005 0911 3356**
Status: Delivered

Your item was delivered at 4:49 am on October 05, 2006 in WASHINGTON, DC 20530.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS
Preserving the Trust