IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COLBY F. DILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No:  1:06-cv-1557 (HHK) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Having considered the United States' motion to dismiss the complaint, together with the memorandum in support thereof, and having further considered plaintiff's [lack of] opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2007, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiffs' complaint be and is DISMISSED with prejudice; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

| | |
|---|---|
| COLBY F. DILL | MICHAEL J. SALEM |
| Plaintiff *pro se* | Trial Attorney, Tax Division |
| 61 Dennison Street | U.S. Department of Justice |
| Auburn, ME  04210-5190 | Post Office Box 227 |
| | Washington, DC  20044 |

1560491.11

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing United States' proposed ORDER was caused to be served upon plaintiff *pro se* on the 7th day of December, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>COLBY F. DILL
>Plaintiff *pro se*
>61 Dennison Street
>Auburn, ME  04210-5190.

>/s/ Michael J. Salem
>MICHAEL J. SALEM