UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLBY F. DILL,<br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES,<br>            Defendant. | Civil Action 06-01557 |

ORDER DIRECTING PLAINTIFFS TO RESPOND
TO DEFENDANT'S MOTION TO DISMISS

This matter comes before the court upon Defendant's motion to dismiss Plaintiff's complaint [#1], filed December 7, 2006. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is by the court this 11th day of December, 2006,

**ORDERED** that Plaintiff file an opposition to Defendant's motion on or before January 11, 2007. If Plaintiff fails to file a response or opposition to Defendant's motion by this deadline, the court may treat the motion as conceded and enter judgment in favor of Defendant. *See* LCvR 7(b).

                                                            Henry H. Kennedy, Jr.
                                                            United States District Judge