IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COLBY F. DILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 1:06-cv-1557 (HHK) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' PRAECIPE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA AT WASHINGTON:

On December 11, 2006, the Court issued a *Fox v. Strickland* order to plaintiff *pro se*, advising him that a motion to dismiss had been filed and of the consequences of failing to respond to such a dispositive motion. *See* Order Directing Plaintiff to Respond to Defendant's Motion to Dismiss at 1 (PACER # 5). The order directed plaintiff to file any opposition to the motion to dismiss no later than January 11, 2007. *Id.*

Plaintiff did not file or serve an opposition to the United States' motion to dismiss. Instead, on or about January 9, 2007, plaintiff served an AMENDED COMPLAINT FOR DAMAGES UNDER 26 U.S.C. SECTION 7431. Despite serving the amended pleading, plaintiff failed, neglected, or refused to file the amended pleading within a reasonable time thereafter, as required by Fed. R. Civ. P. 5(d). A reproduction of the United States' service copy of plaintiff's amended complaint is attached hereto.

The service of plaintiff's amended complaint was permissible under Fed. R. Civ. P. 15(a), supercedes the original complaint, and effectively mooted the pending motion

to dismiss. Rule 15(a) provides that the United States shall respond to the amended pleading within ten days of service—in this case no later than January 24, 2007.

The United States will serve an appropriate response to the amended complaint no later than January 24, 2007.

DATE: January 18, 2007.

                                                Respectfully submitted,

                                                /s/ Michael J. Salem
                                                MICHAEL J. SALEM
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                Post Office Box 227
                                                Washington, DC 20044
                                                Telephone: (202) 307-6438

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

      IT IS CERTIFIED that the foregoing UNITED STATES' PRAECIPE, with attached reproduction of plaintiff's amended complaint, was caused to be served upon plaintiff *pro se* on the 18th day of January, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

        COLBY F. DILL
        Plaintiff *pro se*
        61 Dennison Street
        Auburn, ME  04210-5190.

        /s/ Michael J. Salem
        MICHAEL J. SALEM

2170246.1