IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| COLBY F. DILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No: 1:06-cv-1557 (HHK) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Having considered the United States' motion to dismiss the amended complaint, together with the memorandum in support thereof, and having further considered plaintiff's [lack of] opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2007, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiff's amended complaint be and is DISMISSED with prejudice; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

COLBY F. DILL  
Plaintiff *pro se*  
61 Dennison Street  
Auburn, ME 04210-5190

MICHAEL J. SALEM  
Trial Attorney, Tax Division  
U.S. Department of Justice  
Post Office Box 227  
Washington, DC 20044

1560491.11

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing United States' proposed ORDER was caused to be served upon plaintiff *pro se* on the 18th day of January, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>COLBY F. DILL
>Plaintiff *pro se*
>61 Dennison Street
>Auburn, ME  04210-5190.

>/s/ Michael J. Salem
>MICHAEL J. SALEM