UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLBY F. DILL,<br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br>    Defendant. | Civil Action 06-01557 (HHK) |

ORDER DISMISSING COMPLAINT

Before the court is the defendant's unopposed motion to dismiss the complaint [#4], filed December 7, 2006. Plaintiff, proceeding pro se, was ordered to respond to the motion by January 11, 2007. Because plaintiff failed to file a timely response to the motion to dismiss, the court treats defendant's motion as conceded. *See* LCvR 7(b). Accordingly, it is this 19th day of January, 2007, hereby

**ORDERED** that defendant's motion to dismiss [#4] is **GRANTED**, and the complaint [#1] is **DISMISSED**.

Henry H. Kennedy, Jr.
United States District Judge