**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **COLBY F. DILL,** <br>      **Plaintiff,** <br><br>     **v.** <br><br> **UNITED STATES,** <br>      **Defendant.** | **Civil Action 06-01557 (HHK)** |

**ORDER VACATING DISMISSAL OF COMPLAINT**

On January 19, 2007, the court dismissed the complaint in this case because the plaintiff failed to file a timely response to the defendant's motion to dismiss. It now appears that plaintiff, proceeding pro se, may have filed a timely amended complaint.

Accordingly, it is this 23rd of January, 2007, hereby

**ORDERED** that this court's order of January 19, 2007, dismissing the complaint [#8] shall be **VACATED**.

          Henry H. Kennedy, Jr.
          United States District Judge