UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COLBY F. DILL,**<br>           **Plaintiff,**<br><br>           v.<br><br>**UNITED STATES,**<br>           **Defendant.** | Civil Action 06-01557 |

**ORDER DIRECTING PLAINTIFF TO RESPOND
TO DEFENDANT'S MOTION TO DISMISS**

This matter comes before the court upon defendant's motion to dismiss [#7] plaintiff's amended complaint, filed January 18, 2007. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is this 23rd day of January, 2007,

**ORDERED** that plaintiff file an opposition to defendant's motion to dismiss [#7] on or before February 20, 2007. If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may treat the motion as conceded and enter judgment in favor of defendant. *See* LCvR 7(b).

                                                          Henry H. Kennedy, Jr.
                                                          United States District Judge