UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLBY F. DILL,<br>       Plaintiff,<br><br>       v.<br><br>UNITED STATES,<br>       Defendant. | Civil Action 06-01557 (HHK) |

## ORDER OF DISMISSAL

Before the court is the defendant's unopposed motion to dismiss the amended complaint [#7], filed January 18, 2007. Plaintiff, proceeding pro se, was ordered to respond to the motion by February 20, 2007. Because plaintiff failed to file a timely response to the motion to dismiss, the court treats defendant's motion as conceded. *See* LCvR 7(b). Accordingly, it is this 26th day of February, 2007, hereby

**ORDERED** that defendant's motion to dismiss [#7] is **GRANTED**, and the amended complaint [#9] is **DISMISSED**.

                                                            Henry H. Kennedy, Jr.
                                                            United States District Judge